**SHAW v. THE GOODYEAR TIRE & RUBBER CO.**

[367 N.C. 204 (2013)]

LASHANDA SHAW                              )
                                          )
          v.                              )          Cumberland County
                                          )
                                          )
THE GOODYEAR TIRE & RUBBER COMPANY  )

No. 89P13

ORDER

Upon consideration of the petition filed on the 7th of March 2013 by Plaintiff in this matter for discretionary review of the decision of the North Carolina Court of Appeals pursuant to G.S. 7A-31, the following order was entered and is hereby certified to the North Carolina Court of Appeals:

By order of the Court in conference, this the 3rd of October 2013.

Beasley, J. recused.

s/ Jackson, J.
For the Court